UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA MOWREY,

    Plaintiff,

v.                                  Case No: 8:17-cv-2788-T-36TGW

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 21). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 21).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 10, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record